In the Matter of the Application of THE DÉPARTMENT OF PUBLIC WORKS OF THE CITY OF NEW YORK, Relative to Acquiring Title to Certain Pieces of Land for the Purpose of the Construction of the Jerome Avenue Approach to the New Macomb's Dam Bridge.

EUPHEMIA A. HAWES, as Executrix of GRANVILLE P. HAWES, Deceased, et al., Appellants ; MARY HYNES, Respondent.

(Submitted September 30, 1901; decided October 4, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 501.) _____

_____

AIMEE SAUNDERS, Respondent, *v.* AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, NEW YORK, Appellant, Impleaded with Another.

(Submitted September 30, 1901; decided October 4, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 261.) _____